No. 02–8277.  CARRILLO v. AYERS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–8278.  COLTER v. OFFICE OF THE STATE'S ATTORNEY FOR BALTIMORE CITY, MARYLAND, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–8281.  MACKAY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–8282.  LUKER v. RODERICK.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 02–8283.  VILLARINO-PACHECO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–8292.  DRABOVSKIY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–8294.  DAVISON v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–8296.  DIXON v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 02–8298.  GRIFFIN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–8299.  FORTSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–8302.  HARDY v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–8303.  HOLDREN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–8304.  PARRIS v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 02–8305.  BECKER v. MONTGOMERY, ATTORNEY GENERAL OF OHIO, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02–8306.  ANDREWS v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.